IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00331-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPROXIMATELY $21,200.00 IN )<br>FUNDS SEIZED DURING THE )<br>EXECUTION OF A SEARCH )<br>WARRANT AT 16 WEST CEDAR )<br>LANE, ASHEVILLE NORTH )<br>CAROLINA 28806, )<br>)<br>Defendant. )<br>_____ ) | **ORDER AND JUDGMENT<br>OF DEFAULT** |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment [Doc. 7].

For reasons stated in the Government's Motion and no further response being necessary, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment [Doc. 7] against the **DEFENDANT PROPERTY**:

> **Approximately $21,200.00 in funds seized during the execution of a search warrant at 16 West Cedar Lane, Asheville North Carolina 28806**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

    **IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

    **IT IS SO ORDERED.**

Signed: March 29, 2018

Martin Reidinger
United States District Judge